## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Michael Thomas, | ) | Case No. 6:24-cv-563-RMG |
| | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AND OPINION** |
| | ) | |
| v. | ) | |
| | ) | |
| Jeanette McBride, J. Newman, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 18) recommending that the Court dismiss Plaintiff's complaint without prejudice, without leave to amend, and without service of process. After the Court initially adopted the R&R as the Order of the Court, (Dkt. No. 21), the Court received a request from Plaintiff seeking reconsideration and additional time to respond to the R&R. (Dkt. No. 24). The Court granted Plaintiff's request. (Dkt. No. 25). Plaintiff subsequently filed objections to the R&R. (Dkt. No. 28). The Court entered an order on June 12, 2024 denying the motion to reconsider.

The Court received a motion for an extension of time to file a response to the motion to reconsider on June 10, 2024. (Dkt. No. 30). The Court had already received Plaintiff's objection to the R & R and a final order has been issued. Consequently, Plaintiff's motion for an extension of time to make another filing in this case (Dkt. No. 30) is denied. The Clerk is directed to accept no further filings from Plaintiff in this case.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
United States District Judge

June 12, 2024
Charleston, South Carolina